FILED: January 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1103
(1:15-cv-02921-GLR)

_____

NICOLE ANDREA SMITH; JACQUELINE KIANA MORANT; AMY TOWSON; SARA GARRET; ONNADAY MCINTOSH-GRIGGS; STEPHANIE HARRIS; TAKIRA CARTER; LYNETTE COOPER; SHANAE BARNES; CELESTE ENGLISH; MYRTLE GILBERT; TOWANDA PARKER; TRACEY HOLDEN; ROSENA PRINCE; LASONIA GILBERT; DETRIA ADAMS; SIERRIA WARREN; SHANAE BOLES; KHRYSTYNA KELLEY, All of the above Individually Named Plaintiffs On Behalf of Themselves and all Other Similarly Situated

   Plaintiffs - Appellees

 and

VITINA YVETTE THOMAS

   Plaintiff

v.

HOUSING AUTHORITY OF BALTIMORE CITY; PAUL T. GRAZIANO, Baltimore City Housing Commissioner and Executive Director of the Housing Authority of Baltimore City; THE CITY OF BALTIMORE; MAYOR AND CITY COUNSEL OF BALTIMORE; CHARLES COLEMAN, a/k/a Clinton Coleman; DOUG HUSSY; MICHAEL ROBINSON; DOUG HUSSEY

   Defendants - Appellees

 and

CLINTON COLEMAN; MICHAEL ROBERTSON

       Defendants

v.

PHOENICIA HARRELL

       Movant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-02921-GLR |
| Date notice of appeal filed in originating court: | 01/23/2017 |
| Appellant (s) | Phoenicia Harrell |
| Appellate Case Number | 17-1103 |
| Case Manager | Jennifer Rice<br>804-916-2702 |